UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVEN LYNN DEEM** : | **DOCKET NO. 17-cv-1190** |
| **REG. # 16418-035** | **SECTION P** |
| **VERSUS** : | **JUDGE ROBERT G JAMES** |
| **CALVIN JOHNSON, ET AL.** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the matter be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(ii). The clerk is directed to send a copy of this judgment to the Keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 14th day of June, 2018.

_____
**JUDGE ROBERT G JAMES**
**UNITED STATES DISTRICT JUDGE**